# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacey Antu, | No. CV-23-00357-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| J & I Diversified LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 18), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 2nd day of May, 2023.

Douglas L. Rayes
United States District Judge